UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


<u>DEBBIE GLEATON</u> and
<u>CHARLES GLEATON</u>,

      Plaintiffs,

v.                                                3:06-cv-30

<u>STATE OF TENNESSEE, et al.</u>,

      Defendants.


**O R D E R**


This is a complaint filed by a former prisoner; the plaintiff is no longer incarcerated and is a resident of Oak Ridge, Tennessee. She brings this action against the State of Tennessee, the Tennessee Department of Correction, and the warden and other officials with the Mark H. Luttrell Correctional Center in Memphis, Tennessee, for incidents that occurred during her incarceration in that facility. Venue is governed by 28 U.S.C. § 1391(b), which requires that an action be brought in the judicial district where one of the defendants resides, if all defendants reside in the same State, or where the claim arose. In this instance, it is apparent that no defendant resides in this judicial district and that the claim did not arise in this district.

The claim arose at the Mark H. Luttrell Correctional Center in Memphis, Tennessee, which is within the Western District of Tennessee. 28 U.S.C. § 123(c)(2). Accordingly, the Clerk is **DIRECTED** to transfer this case to the United States District Court for the Western District of Tennessee, Western Division, at Memphis, Tennessee. 28 U.S.C. § 1406(a).

**E N T E R:**

                                             s/ James H. Jarvis
                                             United States District Judge